**UNITED STATES of America, Plaintiff–Appellee,**

v.

**Elio MOYA–AVILA, aka Jesus Valencia Moya, Defendant–Appellant.**

**No. 00–50185.**

**D.C. No. CR–99–1017–SVW.**

United States Court of Appeals, Ninth Circuit.

Submitted July 9, 2001*.

Decided July 23, 2001.

Before KOZINSKI, T.G. NELSON, and RICHARD C. TALLMAN, Circuit Judges.

MEMORANDUM**

Elio Moya–Avila appeals the judgment of conviction and 87–month sentence imposed after his guilty plea to being an illegal alien found in the United States following deportation, in violation of 8

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

U.S.C. § 1326. Relying on *Apprendi v. New Jersey*, 530. U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), Moya–Avila contends that the district court improperly imposed a sentence in excess of the two-year maximum set forth in 8 U.S.C. § 1326(a) because the government neither pled in the indictment nor established through the guilty plea that Moya–Avila had been deported subsequent to a prior conviction for an aggravated felony. He further contends that *Apprendi* calls into question the continuing validity of *Almendarez–Torres v. United States*, 523 U.S. 224, 118 S.Ct. 1219, 140 L.Ed.2d 350 (1998). These arguments are foreclosed by *United States v. Pacheco–Zepeda*, 234 F.3d 411 (9th Cir.2000). *United States v. Castillo–Rivera*, 244 F.3d 1020, 2001 WL 287046 (9th Cir. March 26, 2001).

AFFIRMED.

---

1. This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as provided by 9th Cir. R. 36–3.